UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORVES K. GILMORE, | Case No. 2:24-cv-00247-GMN-DJA |
| Petitioner, | **ORDER** |
| v. | |
| DEPUTY CHIEF HASS, et al., | |
| Respondents. | |

Petitioner Corves K. Gilmore has submitted a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254. (ECF No. 1-1.)  However, Gilmore has not properly commenced this action by either paying the standard $5.00 filing fee or filing a complete application for leave to proceed *in forma pauperis* ("IFP"). Pursuant to 28 U.S.C. § 1914(a) and the Judicial Conference Schedule of Fees, a $5.00 filing fee is required to initiate a habeas action in a federal district court.  The court may authorize an indigent prisoner to begin a habeas action without paying the $5 fee if he or she submits an IFP application on the approved form and includes three specific documents: (a) the prisoner's financial declaration and acknowledgement showing an inability to prepay fees and costs, (b) a financial certificate signed by the prisoner and an authorized prison official, and (c) a copy of the prisoner's account statement for the six-month period prior to filing. 28 U.S.C. § 1915(a); LSR 1-1, LSR 1-2.  Gilmore has 45 days from the date of this order to either pay the $5 filing fee or file a complete IFP application.

**IT IS THEREFORE ORDERED** that the initial screening of Petitioner Corves K. Gilmore's Petition for Writ of Habeas Corpus (ECF No. 1-1) under the Rules Governing Section 2254 Cases is deferred until such time as he has fully complied with this order.

**IT IS FURTHER ORDERED** that within 45 days of the date of this order, Gilmore must (1) file an IFP application on the approved form with the three supporting documents listed above, or (2) pay the $5 filing fee. Gilmore's failure to comply with this order will result in the dismissal of this action without prejudice and without further advance notice.

**IT IS FURTHER ORDERED** that the Clerk of Court send Gilmore one blank copy of the IFP application form for inmates along with instructions.

Dated: February 9, 2024

_____
Gloria M. Navarro, Judge
United States District Court