UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CORVES K. GILMORE,<br><br>                  Petitioner,<br><br>v.<br><br>DEPUTY CHIEF HASS, et al.,<br><br>                  Respondents. | Case No. 2:24-cv-00247-GMN-DJA<br><br>**ORDER DENYING MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS***<br><br>**[ECF No. 10]** |

*Pro se* Petitioner Corves K. Gilmore filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 on February 5, 2024. (ECF No. 1-1 ("Petition").) On February 9, 2024, this Court instructed Gilmore to either pay the $5 filing fee or file an application for leave to proceed in forma pauperis ("IFP"). (ECF No. 3.) On March 4, 2024, Gilmore paid his filing fee, so this Court conducted a review of Gilmore's Petition on March 8, 2024. (ECF Nos. 6, 8.) During that review, this Court found that Gilmore's Petition contained claims that were wholly unexhausted and conclusory, so this Court dismissed the Petition without prejudice. (ECF No. 8.) The Clerk of the Court entered Judgment and closed this case on March 8, 2024. (ECF No. 9.)

This matter is now before this Court on Gilmore's Application for Leave to Proceed IFP, which he filed on March 15, 2024. (ECF No. 10.) Given that Gilmore's Petition has been dismissed and this case has been closed, this Court denies the Application as moot.

It is therefore ordered that the Application for Leave to Proceed IFP (ECF No. 10) is denied as moot.

Dated: March 18, 2024

Gloria M. Navarro, Judge
United States District Court